ROBERT G. DREHER    THE HONORABLE NATHANAEL COUSINS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief
ETHAN CARSON EDDY, Trial Attorney (Cal. Bar 237214)
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C.  20044
(202) 305-0202 (phone)
(202) 305-0275 (fax)
ethan.eddy@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, CENTER FOR BIOLOGICAL DIVERSITY, and KLAMATH FOREST ALLIANCE, <br><br>         Plaintiffs, <br><br>     v. <br><br> NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, NATIONAL MARINE FISHERIES SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br>         Defendants. | Case No.  3:13-cv-3717-NC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES DUE TO GOVERNMENT SHUTDOWN** |

Federal Defendants the National Oceanic and Atmospheric Administration, the National Marine Fisheries Service, and the U.S. Fish and Wildlife Service ("Defendants"), and Plaintiffs Klamath-Siskiyou Wildlands Center, Center for Biological Diversity, and Klamath Forest Alliance ("Plaintiffs") hereby stipulate and respectfully request of the Court an order extending by approximately thirty days the upcoming deadline for Defendants' Answer to Plaintiffs' Complaint,

as well as the deadlines in the Court's Initial Scheduling Order (ECF No. 3); and continuing the initial Case Management Conference by approximately four weeks.  As set forth below and in the accompanying declaration of Defendants' counsel, there is good cause for the extension of those deadlines.

At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  *See* Decl. of Ethan Eddy (filed concurrently) at ¶ 2.  The same is true for most Executive agencies, including the Defendant agencies in this case.  *Id.*  The Department of Justice does not know when funding will be restored by Congress.  *Id.*

Absent an appropriation, Department of Justice attorneys and many employees of federal agencies, including agency counsel, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  *Id.* at ¶ 3; *see also* 31 U.S.C. § 1342.

In most civil litigation matters, the Department of Justice is moving to extend upcoming deadlines by a length of time commensurate with the length of the government shutdown.  Eddy Decl. at ¶ 4.  However, such an approach is not appropriate here because counsel for Defendants will be out of the office for his wedding and honeymoon for the second half of October.  *Id.*  Depending on the length of the government shutdown, the current deadline for Defendants' Answer could shift to become due at a time when counsel for Defendants is unavailable, if the Court were to extend all deadlines for a length of time equivalent to the length of the shutdown.  *Id.*  Additionally, the parties' initial meet-and-confer deadline falls during Defendants' counsel's absence and cannot be rescheduled for an earlier date at this time due to the government shutdown.

Accordingly, the parties stipulate to and request an Order from the Court extending current deadlines as follows, and as set forth in the Proposed Order affixed to the bottom of this stipulation:

STIPULATION EXTENDING
DEADLINES AND [~~PROPOSED~~] ORDER         2         Case No. 3:13-cv-3717-NC

1. Defendants shall file their Answer on or before November 11, 2013.

2. The parties shall conduct the meet-and-confer conference required by the Court's initial scheduling order (ECF No. 3) no later than November 22, 2013.

3. The parties shall file ADR Certification forms signed by the parties and counsel no later than November 22, 2013.

4. The parties shall file either a stipulation selecting an ADR process, or a Notice of Need for ADR Phone Conference, no later than November 22, 2013.

5. The parties' initial Joint Case Management Statement shall be filed no later than December 4, 2013.

6. The initial Case Management Conference in this action, currently set for November 13, 2013, shall be vacated and rescheduled for December 11, 2013, or a date thereafter that is convenient for the Court.

The Government greatly regrets any disruption caused to the Court and the other litigants.

Respectfully submitted this 3rd day of October, 2013.

ROBERT G. DREHER
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief

  s/ Ethan Carson Eddy
ETHAN CARSON EDDY
Trial Attorney (Cal. Bar 237214)
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0202 (Phone); (202) 305-0275 (Fax)
ethan.eddy@usdoj.gov

*Attorneys for Defendants*

STIPULATION EXTENDING
DEADLINES AND [~~PROPOSED~~] ORDER      3      Case No. 3:13-cv-3717-NC

SUSAN JANE BROWN (admitted *pro hac vice*)

  s/ Susan Jane Brown (as authorized)
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
(541) 485-2471
brown@westernlaw.org
mellgren@westernlaw.org

*Attorneys for Plaintiffs*

PAUL KAMPMEIER (admitted *pro hac vice*)

  s/ Paul Kampmeier (as authorized)
Washington Forest Law Center
615 Second Avenue, Suite 360
Seattle, WA 98104
(206) 223-4088
pkampmeier@wflc.org
wgolding@wflc.org

*Attorneys for Plaintiffs*

## E-FILING ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I attest that Susan Jane Brown and Paul Kampmeier have concurred in the filing of this document.

  /s/ Ethan Carson Eddy
ETHAN CARSON EDDY
Counsel for Federal Defendants

## [PROPOSED] ORDER

The above STIPULATION to extend the deadlines in the Court's initial scheduling order (ECF No. 3) and for Defendants to file their Answer to Plaintiffs' complaint is GRANTED. The Court's initial scheduling order (ECF No. 3) is modified as follows:

STIPULATION EXTENDING
DEADLINES AND [PROPOSED] ORDER            4            Case No. 3:13-cv-3717-NC


1. Defendants shall file their Answer on or before November 11, 2013.

2. The parties shall conduct the meet-and-confer conference required by the Court's initial scheduling order (ECF No. 3) no later than November 22, 2013.

3. The parties shall file ADR Certification forms signed by the parties and counsel no later than November 22, 2013.

4. The parties shall file either a stipulation selecting an ADR process, or a Notice of Need for ADR Phone Conference, no later than November 22, 2013.

5. The parties' initial Joint Case Management Statement shall be filed no later than December 4, 2013.

6. The initial Case Management Conference in this action, currently set for November 13, 2013, is VACATED and rescheduled for December 11, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   October 4, 2013                    _____
                                            NATHANAEL COUSINS
                                            United States Magistrate Judge



GRANTED
Judge Nathanael M. Cousins