1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19    UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA
20    SAN FRANCISCO DIVISION

21    KLAMATH-SISKIYOU WILDLANDS                    )
      CENTER, *ET AL.*,                             )    Civ. No. 3:13-cv-3717-NC
22                                                  )
                                                    )
23                    Plaintiffs,                   )    **STIPULATION AND [~~PROPOSED~~]**
                                                    )    **ORDER SETTING CASE**
24         v.                                       )    **MANAGEMENT SCHEDULE AND**
                                                    )    **VACATING STATUS**
25    NOAA NMFS, *ET AL.*,                          )    **CONFERENCE**
                                                    )
26                    Defendants.                   )
                                                    )
27

28    STIPULATION AND [~~PROPOSED~~] ORDER - 1
      CASE NO. 3:13-cv-3717-NC

Pursuant to Paragraph D of this Court's *Order on Joint Case Management Statement* (Doc. #41), the parties hereby submit this proposed case management schedule. The parties are ready to schedule motions for summary judgment in this matter because no party intends to file a motion to complete or supplement either of the administrative records. The parties note that they have agreed to longer briefs because Plaintiffs' complaint states nine separate claims for relief, each of which may have a number of supporting arguments, and because there are two separate federal defendants and administrative records. The parties conferred by telephone on Monday June 2, 2014, and now stipulate and request of the Court an order entering the following briefing schedule and page limits.

A. Plaintiffs shall file a motion for summary judgment and any supporting materials, which may include standing declarations and excerpts of the administrative records, on or before August 1, 2014. Plaintiffs' memorandum in support of its motion for summary judgment shall not exceed fifty (50) pages.

B. The Federal Defendants and Intervenor Fruit Growers Supply Company shall file their responses to Plaintiffs' motion for summary judgment and any cross-motions for summary judgment on or before September 5, 2014. The combined total of the Federal Defendants' and Intervenor's response briefs and cross motions for summary judgment shall not exceed fifty (50) pages.

C. Plaintiffs shall file a reply brief in support of Plaintiffs' motion for summary judgment along with a response to Defendant's and Intervenor's cross motion for summary judgment, including any supporting materials, on or before October 8, 2014. Plaintiffs' reply and response brief shall not exceed ~~thirty-five (35)~~ twenty-five (25) pages.

D.  The Federal Defendants and Intervenor Fruit Growers Supply Company shall file their reply briefs in support of their cross motions for summary judgment on or before October 30, 2014.  The Federal Defendants' and Intervenor Fruit Growers Supply Company's reply briefs shall only address issues raised by their cross motions for summary judgment.  The combined total of the Federal Defendants' and Intervenor's reply briefs shall not exceed ~~thirty-five (35)~~ twenty-five (25) pages.

E.  The caption pages, tables of contents and authorities, and any supporting declarations and record materials shall not count toward the page limits described herein.

F.  The parties request oral argument on this matter, to be scheduled on a date that is convenient for the Court.

G.  Because the parties have agreed to the proposed summary judgment briefing schedule and page limits they do not need to have the scheduled June 11, 2014 status conference.

H.  If the Court opts to conduct the status conference, counsel for Plaintiffs and counsel for the Federal Defendants hereby request permission to appear at the conference via telephone.

Respectfully submitted this 4th day of June, 2014.

WASHINGTON FOREST LAW CENTER

By: ___/s/ Paul Kampmeier_____
PAUL KAMPMEIER, WSBA #31560,
    appearance *pro hac vice*
615 Second Avenue, Suite 360
Seattle, WA 98104
(206) 223-4088
pkampmeier@wflc.org

*Attorneys for Plaintiffs*

STIPULATION AND [~~PROPOSED~~] ORDER - 3
CASE NO. 3:13-cv-3717-NC

SAM HIRSCH
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief

___ s/ Ethan Carson Eddy (as authorized) ___
ETHAN CARSON EDDY
Trial Attorney (Cal. Bar 237214)
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C.  20044
(202) 305-0202 (Phone); (202) 305-0275 (Fax)
ethan.eddy@usdoj.gov

*Attorneys for Defendants*

COX, CASTLE & NICHOLSON LLP

By: __/s/ Andrew Sabey_____
Andrew B. Sabey
Scott B. Birkey
Attorneys for Defendant-Intervenor

FRUIT GROWERS SUPPLY COMPANY


## E-FILING ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I attest that Ethan Eddy and Andrew Sabey have concurred in the filing of this document.

__/s/ Paul Kampmeier_____
Paul Kampmeier, counsel for Plaintiffs

STIPULATION AND [~~PROPOSED~~] ORDER - 4
CASE NO. 3:13-cv-3717-NC

**[~~PROPOSED~~] ORDER**

The above STIPULATION establishing a summary judgment briefing schedule is

GRANTED.  The status conference set for June 11, 2014 is VACATED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: __June 4, 2014__



_____
The Honorable Nathanael M. Cousins
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER - 5
CASE NO. 3:13-cv-3717-NC