JUSTIN AUGUSTINE, CA Bar #235561
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
PH: (415) 436-9682; FAX: (415) 436-9683
jaugustine@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

SUSAN JANE BROWN, OSB #054607, **appearance** *pro hac vice*
JOHN MELLGREN, OSB #114620, **appearance** *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
PH: (541) 485-2471; FAX: (541) 485-2457
brown@westernlaw.org
mellgren@westernlaw.org

PAUL KAMPMEIER, WSBA #31560, **appearance** *pro hac vice*
WYATT GOLDING, WSBA #44412, **appearance** *pro hac vice*
Washington Forest Law Center
615 Second Avenue, Suite 360
Seattle, WA 98104
PH: (206) 223-4088; FAX: (206) 223-4280
pkampmeier@wflc.org
wgolding@wflc.org

*Attorneys for Plaintiffs Klamath-Siskiyou Wildlands Center,*
*Center for Biological Diversity and Klamath Forest Alliance*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, *ET AL.*, <br>         Plaintiffs, <br>   v. <br> NOAA NMFS, *ET AL.*, <br>         Defendants, <br>   and <br> FRUIT GROWERS SUPPLY COMPANY, <br>         Defendant-Intervenor. | Case No. 3:13-cv-3717-NC <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

Notice of Substitution of Counsel - 1
CASE NO. 3:13-cv-3717-NC

1   Justin Augustine hereby enters his appearance as counsel of record in the above-
2   captioned case on behalf of Plaintiff Center for Biological Diversity.  Please withdraw the
3   appearance of Timothy J. Ream as counsel in this action.
4   Mr. Augustine is serving as local co-counsel to attorneys *pro hac vice* Paul Kampmeier,
5   Wyatt Golding, Susan Jane Brown, and John Mellgren under Civil L.R. 11-3.

Respectfully submitted this 28th day of July, 2014.

/s/ *Justin Augustine*
JUSTIN AUGUSTINE, CA Bar #235561
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
PH: (415) 436-9682; FAX: (415) 436-9683
jaugustine@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*