UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, CENTER FOR BIOLOGICAL DIVERSITY, and KLAMATH FOREST ALLIANCE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION NATIONAL MARINE FISHERIES SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>　　　　Defendants,<br>　　and<br><br>FRUIT GROWERS SUPPLY COMPANY,<br><br>　　　　Defendant-Intervenor. | Case No. 13-cv-03717-NC<br><br>**ORDER DENYING MOTION TO STRIKE**<br><br>Re: Dkt. No. 89 |

Defendants move to strike a document entitled "Additional Authority on Remedy" that plaintiffs delivered to the Court during the remedy hearing held on May 6, 2015. According to defendants, plaintiffs' submission deprived them of "any meaningful opportunity to respond and is prejudicial." Dkt. No. 89 at 2.

Case No.: 13-cv-03717-NC

1   Defendants' objection is overruled because the Court did not consider the
2   additional-authority document in reaching its remedy conclusion.  *See* Dkt. No. 93.
3   Defendants' motion to strike is DENIED.
4   **IT IS SO ORDERED.**
5   Dated:  June 18, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 13-cv-03717-NC          2